

# THE ATTORNEY GENERAL
# OF TEXAS

JIM MATTOX
ATTORNEY GENERAL

This opinion was withdrawn and not re-issued.

Opinion 0-2915